IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00189-MJW

MICHAEL DICINO,

Plaintiff,

v.

ZACHARY AUCOIN,
DAVID HOLLIS, and
JASON MORRISSEAU,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Parties' Joint Motion for Entry of Stipulated Protective Order (docket no. 24) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 24-1) is APPROVED as amended in paragraph 6 and made an Order of Court.

Date: April 24, 2015