IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00189-MJW

MICHAEL DICINO,

Plaintiff,

v.

ZACHARY AUCOIN,
DAVID HOLLIS, and
JASON MORRISSEAU,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff Michael DiCino's Unopposed Motion to Amend Scheduling Order (Docket No. 31) is GRANTED for good cause shown. It is further ORDERED that the Scheduling Order (Docket No. 20) is amended as follows:

- The deadline for Plaintiffs to designate and disclose affirmative expert witnesses is extended to November 2, 2015;
- The deadline for Defendants to designate and disclose all expert witnesses is extended to December 3, 2015;
- The deadline for Plaintiffs to designate and disclose rebuttal expert witnesses is extended to December 17, 2015;
- The deadline for serving written discovery is extended to November 27, 2015;
- The discovery cut-off is extended to December 31, 2015;
- The dispositive motion deadline is extended to February 1, 2016;

Date: July 27, 2015