IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00189-WYD-MJW

MICHAEL DICINO,

Plaintiff,

v.

ZACHARY AUCOIN,
DAVID HOLLIS, and
JASON MORRISSEAU,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Unopposed Motion for Leave to Depose Incarcerated Plaintiff (Docket No. 36) is GRANTED, finding no objection by Plaintiff.

Date: November 2, 2015