IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00189-MJW

MICHAEL DICINO,

Plaintiff,

v.

ZACHARY AUCOIN,
DAVID HOLLIS, and
JASON MORRISSEAU,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants Hollis's and Aucoin's Unopposed Motion to Amend Scheduling Order (Docket No. 39) is GRANTED for good cause shown. It is further ORDERED that the Scheduling Order (Docket No. 20) is amended as follows:

- The deadline for Defendants to designate and disclose all expert witnesses is extended to January 8, 2016;

- The deadline for Plaintiffs to designate and disclose rebuttal expert witnesses is extended to January 22, 2016; and

- The dispositive motion deadline is extended to February 29, 2016.

     It is further ORDERED that the Final Pretrial Conference set for January 12, 2016, at 9:00 a.m. is VACATED and RE-SET for March 28, 2016 at 1:30 p.m.

Date: November 30, 2015