IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  15-cv-00189-WYD-MJW

MICHAEL DICINO,

    Plaintiff,

v.

ZACHARY AUCOIN,
DAVID HOLLIS, and
JASON MORRISSEAU,

    Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED RESPONSE**

THIS MATTER comes before the Court on Plaintiff Michael DiCino's Unopposed Motion for Leave to File Amended Response, filed April 13, 2016 [ECF No. 57].  The Court having reviewed the Motion and finding good cause therefor, it is hereby

ORDERED that Plaintiff Michael DiCino's Unopposed Motion for Leave to File Amended Response, filed April 12, 2016 [ECF No. 57], is **GRANTED.**  In accordance therewith, it is

ORDERED that the attached Amended Response to Defendants' Motion for Summary Judgment [ECF No. 57-1] is accepted for filing in place of the Response filed as [ECF No. 54], and the Amended Exhibit Index [ECF No. 57-2] and additional exhibits [ECF Nos. 57-3, 57-4, 57-5, 57-6] are also accepted for filing.  The Response filed as

[ECF No. 54] is stricken from the record.

Dated: April 14, 2016

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE